# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0125, <u>Robert Towle v. Commissioner, New Hampshire Department of Corrections</u>, the court on January 10, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Robert Towle, appeals an order of the Superior Court (<u>Kissinger</u>, J.) granting summary judgment in favor of the defendant, the Commissioner of the New Hampshire Department of Corrections ("NHDOC"), on the plaintiff's claims for declaratory and injunctive relief. The plaintiff argues that the trial court erred by granting summary judgment because it failed to address his claims relative to his assertion that NHDOC had improperly classified him as a "sexually violent predator." <u>See</u> RSA 135-E:2, XII (2021) (defining "sexually violent predator"). However, the record reflects, and NHDOC unequivocally acknowledges, that the plaintiff has <u>not</u> been adjudicated or classified as a "sexually violent predator." Accordingly, based upon our review, we agree with NHDOC that the plaintiff has failed to demonstrate reversible error, and therefore affirm the trial court's decision. <u>See</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014) (holding that the appealing party bears the burden of demonstrating reversible error); <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**